**AFFIRM; and Opinion Filed June 21, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01043-CR
No. 05-18-01044-CR

**DEMARCUS WAYNE ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-40160-M, F17-47030-M**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Appellant Demarcus Wayne Allen waived a jury trial, pleaded guilty to two burglary of a habitation offenses, and pleaded true to two enhancement paragraphs contained in the indictments. After finding appellant guilty and the enhancement paragraphs true, the trial court sentenced him to twenty-five years' imprisonment in each case.

On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response,

but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Ken Molberg/
KEN MOLBERG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

181043F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DEMARCUS WAYNE ALLEN, Appellant

No. 05-18-01043-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-40160-M.
Opinion delivered by Justice Molberg.
Justices Myers and Carlyle participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 21st day of June, 2019.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DEMARCUS WAYNE ALLEN, Appellant

No. 05-18-01044-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-47030-M.
Opinion delivered by Justice Molberg.
Justices Myers and Carlyle participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 21st day of June, 2019.